

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,)
)
Plaintiff, ) CASE NO. CR-11-00408-GHK VAP
)
v. ) ORDER OF DETENTION AFTER
) HEARING (Fed.R.Cim.P. 32.1(a)(6)
KIMYA WILSON, ) 18 U.S.C. § 3143(a) Allegations of
) Violations of Probation/Supervised
Defendant. ) Release Conditions)
)

On arrest warrant issued by the United States District Court for the <u>Central District of California</u> involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: nature of offenses after recent release in November 2017; extensive criminal history;

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: based on above appears not amenable to bond

IT IS ORDERED that defendant be detained.

DATED: May 16, 2018

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE